IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-cv-00758-EWN-MJW

KIMBERLY BREEDEN,

    Plaintiff,

vs.

QLT USA, INC., a Delaware Corporation,
QLT, INC., a British Columbia Corporation,

    Defendants.

## ORDER FOR DISMISSAL OF DEFENDANT QLT INC.

THIS MATTER has come before the Court on the Stipulated Motion for Dismissal of Defendant QLT Inc. and the Court being fully advised, hereby approves the parties stipulation as follows:

IT IS ORDERED that all claims asserted by Plaintiff against Defendant QLT Inc. in case number 05-cv-00758-EWN-MJW are dismissed, each party to bear her or its own attorneys' fees and costs in connection with the dismissal of QLT Inc.

Dated this  6  day of July, 2005.

                                              BY THE COURT:

                                               s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge