IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05cv00758-EWN-MJW

KIMBERLY BREEDEN,

    Plaintiff,

vs.

QLT USA, INC.,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER has come before the Court on the Stipulated Motion for Dismissal with Prejudice and the Court being fully advised, hereby approves the parties stipulation as follows:

IT IS ORDERED that Civil Action No. 05cv00758-EWN-MJW is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

THE COURT further Orders that the terms of the Agreement between the parties pursuant to which the Stipulation and Order of Dismissal with Prejudice have been entered are to be kept strictly confidential by the parties and that any disclosure of such terms except as may be required by law may constitute contempt of Court.

DATED: September 9, 2005.

BY THE COURT:

s/Edward W. Nottingham
Edward W. Nottingham
United States District Court Judge